UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

EMEM UFOT UDOH,

    Petitioner,

v.   **ORDER**
Civil File No. 19-1311 (MJD/HB)

NATE KNUTSON,

    Respondent.

Emem Ufot Udoh, pro se.

Jonathan P. Schmidt, Assistant Hennepin County Attorney, Counsel for Respondent.

    The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Hildy Bowbeer dated April 14, 2021.  Petitioner Emem Ufot Udoh has filed objections to the Report and Recommendation.  [Docket Nos. 117, 118, 119, 122]

    Pursuant to statute, the Court has conducted a de novo review upon the record.  28 U.S.C. § 636(b)(1); Local Rule 72.2(b).  Based upon that review, the Court adopts the Report and Recommendation of United States Magistrate Judge Bowbeer dated April 14, 2021.

1

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED**:

1. The Court **ADOPTS** the Report and Recommendation of United States Magistrate Judge Hildy Bowbeer dated April 14, 2021 [Docket No. 116].

2. Petitioner's Emem Ufot Udoh's Emergency Motion for Release [Docket No. 106] is **DENIED**.

3. Petitioner's Motion for Miscellaneous Relief [Docket No. 109] is **DENIED**.

Dated:  6/9/21            s/Michael J. Davis
                          Michael J. Davis
                          United States District Court